IN THE UNITED STATED DISTRICT COURT
FOR THE DISTRICT OF KANSAS

HENRY BONAVIA, JOE FLACK,
JUAN CASTILLO, DERRICK JOHNSON,
IAN KNOX, DUSTIN SCHULTZ-BERGIN,
TROY SLIMMER, PATRICK AUGER,
KEITH THOMAS, ALBERT MCGAHA,
BRIAN LEONARD, and ULISES SERNA

     Plaintiffs,

     vs.

ACCREDITED HOME LENDERS, INC.
d/b/a HOME FUNDS DIRECT, and
MARK WELCH and
CHUCK GLUSSMAN, personally and individually

     Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 06-CV-02479-KHV-DJW

## ORDER

     **AND NOW, THIS 26th DAY OF July, 2007, upon consideration of the parties' Joint Motion for Approval of Final Settlement, and having reviewed the Stipulation for Settlement and its exhibits, and for good cause shown, it is ORDERED, ADJUDGED and DECREED that:**

     **1.    The Stipulation for Settlement:  (a) is fair to all parties; (b) reasonably resolves a *bona fide* disagreement between the parties with regard to the merits of the claims asserted in the action; and (c) demonstrates a good faith intention by the parties that the Plaintiffs' claims be fully and finally resolved, and not re-litigated in whole or in part at any point in the future.  The Stipulation for Settlement is therefore APPROVED by the Court.**

     **2.    This action is DISMISSED WITH PREJUDICE.**

     **3.**       **Each party shall bear his/her/its own costs and attorney's fees except as otherwise provided in the Stipulation for Settlement.**

                           **SO ORDERED**

                           **s/ Kathryn H. Vratil**
                           **Kathryn H. Vratil**
                           **United States District Judge**